UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY TAYLOR,

                          Plaintiff,

        -v-


LILIYA PERELMAN KRAMER, et al.,

                          Defendants.

CIVIL ACTION NO. 24 Civ. 9386 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff Stanley Taylor's ("Mr. Taylor") letter dated January 30, 2026, (Dkt. No. 41 (the "Letter")), along with further revised affirmations showing Mr. Taylor's fourth attempt at serving the summons and complaint (Dkt. No. 1 (the "Complaint")) on Defendants Arthur Z. Schwartz ("Mr. Schwartz") and Liliya Perelman Kramer ("Ms. Kramer").  (Dkt. Nos. 41 at 2–4 (the "Fourth Schwartz Affirmation"), 5–7 (the Fourth Kramer Affirmation"), together the "Fourth Affirmations").

For the reasons stated in the Court's Orders at Dkt. Nos. 19, 24, 26, 31 and 36, Mr. Taylor's previous attempts at service of the summons and Complaint on Mr. Schwartz and Ms. Kramer were insufficient.  (See Dkt. Nos. 19, 24, 26, 31 and 36).

The Fourth Affirmations, however, correct the deficiencies in Mr. Taylor's service of process on Mr. Schwartz and Ms. Kramer.  (See Dkt. No. 41).  The Fourth Schwartz Affirmation indicates that Clinton Mosley ("Mr. Mosley") hand delivered a copy of the summons and Complaint to Carol Martinez ("Ms. Martinez") at 225 Broadway, New York NY 10007, Room 1902, and provides a description for Ms. Martinez — light skin; Hispanic; 5 feet, 5 inches; 160–

180 lbs.; black hair; jean jacket.  (Dkt. No. 41 at 2).  The Fourth Kramer Affirmation indicates that Mr. Mosley hand delivered a copy of the summons and Complaint to J. Davis at 1 Federal Street, 16th Floor, Boston, MA, 02110, and provides a description for J. Davis — female; black; 5 feet, 5 inches; approximately 35 years old.  (Dkt. No. 41 at 5).  The Fourth Affirmations, therefore, demonstrate that both Mr. Schwartz and Ms. Kramer were served with the summons and Complaint via substitute service pursuant to C.P.L.R. Section 308.  See N.Y. C.P.L.R. § 308 ("personal service shall be made . . . by delivering the summons within the state to a person of suitable age and discretion at their actual place of business" and by mailing the summons in accordance with Section 308); Fed. R. Civ. P. 4(e)(1) ("an individual . . . may be served in a judicial district of the United States . . . following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made").[1]  Accordingly, the Court deems the Fourth Affirmations sufficient and finds that Mr. Schwartz and Ms. Kramer have been properly served with process in this action.

The Court therefore **ORDERS** the U.S. Marshals to **CEASE** all efforts to serve the summons and Complaint on Mr. Schwartz and Ms. Kramer.

Pursuant to Fourth Affirmations, Mr. Schwartz and Ms. Kramer were served via substitute service on December 23, 2025.  (Dkt. No. 41 at 2, 5).  Accordingly, the deadline for Mr. Schwartz and Ms. Kramer to respond to the Complaint was January 13, 2026.  See Fed. R. Civ. P. 12(a)(1)(A)(i).  Given the history of failed service attempts in this case, however,

---

[1] As stated in the Court's Order at Dkt. No. 31, Mr. Taylor's first and second attempts at service, (Dkt. Nos. 15–18 (the "First Affirmations"); Dkt. Nos. 20–23 (the "Second Affirmations")), previously indicated that the summons and Complaint were served on Defendants by mail.  (Dkt. Nos. 15–18; 20–23).  Accordingly, Mr. Taylor has complied with the mailing requirement under Section 308.

the Court sua sponte **EXTENDS** the deadline for Mr. Schwartz and Ms. Kramer to respond to the Complaint to **February 13, 2026**.

Further, as stated in the Court's Order at Dkt. No. 40, Defendant Laura Christina Williams's ("Ms. Williams") deadline to respond to the Complaint is currently February 11, 2026, and Defendant Nancy Reilly's ("Ms. Reilly") deadline to respond to the Complaint is February 13, 2026.  (See Dkt. No. 40 at 1 n.1, 2).  In the interest of efficiency, the Court sua sponte **EXTENDS** Ms. Williams's deadline to respond to the Complaint to **February 13, 2026**.

Accordingly, all Defendants shall respond to the Complaint by **February 13, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Taylor at 81 North Portland Ave, Apt. 12H, Brooklyn, NY 11205.

Dated:      New York, New York
            February 3, 2026

                              SO ORDERED.

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**

3