UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY TAYLOR,

                          Plaintiff,

          -v-

LILIYA PERELMAN KRAMER, et al.,

                          Defendants.

CIVIL ACTION NO. 24 Civ. 9386 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff Stanley Taylor's ("Mr. Taylor") amended complaint (Dkt. No. 63 (the "Amended Complaint")) that names three additional defendants in this action: (i) Maria Fernanda DeCastro; (ii) Nicholas Philip Pallese Schaefer; and (iii) Rebecca Gibson Quinn. (Dkt. No. 63). The Court construes Mr. Taylor's filing of the Amended Complaint as a motion to amend (the "Motion") his original complaint (Dkt. No. 1 (the "Complaint")). For the reasons set forth below, the Motion is **DENIED WITHOUT PREJUDICE**.

On December 6, 2024, Mr. Taylor commenced this action against Defendants Liliya Perelman Kramer ("Ms. Kramer"), Laura Christine Williams ("Ms. Williams"), Arthur Z. Schwartz ("Mr. Schwartz"), and Nancy Reilly ("Ms. Reilly") (together, the "Defendants") alleging a "conspiracy to commit fraud" in connection with his previously filed case in the Southern District of New York, captioned Taylor v. City of New York (Department of Sanitation), No. 17 Civ. 1424 (MKV) (SDA). (Dkt. No. 1). The deadline for Defendants to respond to the Complaint is March 16, 2026. (Dkt. No. 55).

Given that Defendants may raise issues with the Complaint in their responses or move to dismiss the Complaint, which Mr. Taylor will then be required to respond to, the Motion is **DENIED WITHOUT PREJUDICE** pending Defendants' responses to the Complaint.  Following the receipt of Defendants' responses to the Complaint and any subsequent briefing on any motions to dismiss the Complaint, Mr. Taylor may, at that time, seek to amend his Complaint.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Taylor at 81 North Portland Ave, Apt. 12H, Brooklyn, NY 11205.

Dated:   New York, New York       SO ORDERED.
         February 25, 2026

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2