UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY TAYLOR,

Plaintiff,

-v-

LILIYA PERELMAN KRAMER, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 9386 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 24, 2026, Plaintiff Stanley Taylor ("Mr. Taylor") filed an amended complaint, (Dkt. No. 63 (the "Amended Complaint")), that names three additional defendants in this action: (i) Maria Fernanda DeCastro ("Ms. DeCastro"); (ii) Nicholas Philip Pallese Schaefer ("Mr. Schaefer"); and (iii) Rebecca Gibson Quinn ("Ms. Quinn") (together, the "New Defendants"). (Dkt. No. 63). On February 25, 2026, the Court construed Mr. Taylor's filing of the Amended Complaint as a motion to amend (the "Motion") his original complaint (Dkt. No. 1 (the "Complaint")) and denied the Motion without prejudice given that the Defendants named in the Complaint, Liliya Perelman Kramer, Laura Christine Williams, Arthur Z. Schwartz, and Nancy Reilly (together, the "Defendants") may raise issues with the Complaint in their responses or move to dismiss the Complaint, to which Mr. Taylor will then be required to respond. (Dkt. No. 65 (the "Feb. 25 Order")). In considering Defendants' arguments, the Court will also consider whether Mr. Taylor should be granted leave to amend the Complaint and/or name the New Defendants.

Despite the Feb. 25 Order, on March 2, 2026, Mr. Taylor filed an affidavit of service showing that he served the Amended Complaint on Mr. Schaefer. (Dkt. No. 66). The Court clarifies that based on the Feb. 25 Order, the Complaint is the operative pleading in this case, (Dkt. No. 1), not the Amended Complaint. (Dkt. No. 63). Given that the New Defendants are not named in the Complaint, the New Defendants are not defendants in this action. **Mr. Taylor is not required to serve any pleadings on the New Defendants,** and the **New Defendants are not required to respond to any pleadings at this time**.

The Clerk of Court is respectfully directed to:

1. Remove Ms. DeCastro, Mr. Schaefer, and Ms. Quinn as defendants on the docket;

2. Mail a copy of this Order to Mr. Taylor at 81 North Portland Ave, Apt. 12H, Brooklyn, NY 11205.

3. Mail a copy of this Order, and the Court's Order at Dkt. No. 65, to Ms. DeCastro at 100 Church Street, New York NY 10007.

4. Mail a copy of this Order, and the Court's Order at Dkt. No. 65, to Mr. Schaefer at 100 Church Street, New York NY 10007.

5. Mail a copy of this Order, and the Court's Order at Dkt. No. 65, to Ms. Quinn at 100 Church Street, New York NY 10007.

Dated:    New York, New York        SO ORDERED.
        March 4, 2026

_____

**SARAH L. CAVE**
**United States Magistrate Judge**