UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANLEY TAYLOR,<br><br>Plaintiff,<br><br>-v-<br><br><br>LILIYA PERELMAN KRAMER, et al.,<br><br>Defendants. | CIVIL ACTION NO. 24 Civ. 9386 (JHR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. Nos. 55 and 65, the deadline for Defendants Liliya Perelman Kramer, Laura Christine Williams, Nancy Reilly (together, the "City Defendants"), and Arthur Z. Schwartz (together with the City Defendants, the "Defendants") to respond to the complaint (Dkt. No. 1 (the "Complaint")) was March 16, 2026. (Dkt. Nos. 55; 65 at 1). The Court is in receipt of the City Defendants' motion to dismiss the Complaint. (Dkt. No. 71). Defendant Arthur Z. Schwartz, however, has not yet responded to the Complaint. As a courtesy, the Court sua sponte **EXTENDS** Mr. Schwartz' deadline to respond to the Complaint to **April 1, 2026**. Mr. Schwartz is warned that failure to respond to the Complaint by **April 1, 2026** may result in the Court permitting Plaintiff Stanley Taylor to initiate default proceedings against him.

The Clerk of Court is respectfully directed to:

1. Mail a copy of this Order to Mr. Taylor at 81 North Portland Ave, Apt. 12H, Brooklyn, NY 11205.

2.  Mail a copy of this Order to Mr. Schwartz at 225 Broadway, Suite 1902, New York, NY

10007.

Dated:        New York, New York           SO ORDERED.
              March 18, 2026

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2