UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY TAYLOR,

Plaintiff,

-v-

LILIYA PERELMAN KRAMER, <u>et</u> <u>al.</u>,

Defendants.

CIVIL ACTION NO. 24 Civ. 9386 (JHR) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Orders at Dkt. Nos. 55 and 65, the deadline for Defendant Arthur Z. Schwartz ("Mr. Schwartz") to respond to the complaint (Dkt. No. 1 (the "Complaint")) was March 16, 2026.  (Dkt. Nos. 55; 65 at 1).  On March 18, 2026, Mr. Schwartz having not responded to the Complaint, the Court <u>sua</u> <u>sponte</u> extended his deadline to respond to the Complaint to April 1, 2026.  (Dkt. No. 72).  To date, Mr. Schwartz still has not responded to the Complaint.  As a final courtesy, the Court <u>sua</u> <u>sponte</u> **EXTENDS** Mr. Schwartz's deadline to respond to the Complaint to **April 21, 2026**.  <u>Mr. Schwartz is warned that failure to respond to the Complaint by **April 21, 2026** may result in the Court permitting Plaintiff Stanley Taylor to initiate default proceedings against him</u>.

The Clerk of Court is respectfully directed to:

1. Mail a copy of this Order to Mr. Taylor at 81 North Portland Ave, Apt. 12H, Brooklyn, NY 11205.

2.  Mail a copy of this Order to Mr. Schwartz at 225 Broadway, Suite 1902, New York, NY

10007.

Dated:      New York, New York          SO ORDERED.
            April 7, 2026

_____

**SARAH L. CAVE**
**United States Magistrate Judge**

2