UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY TAYLOR,

                    Plaintiff,

-v-

LILIYA PERELMAN KRAMER, et al.,

                    Defendants.

CIVIL ACTION NO. 24 Civ. 9386 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Stanley Taylor's ("Mr. Taylor") letter dated April 28, 2026 seeking sanctions against Defendants Laura Christine Williams ("Ms. Williams"), Liliya Perelman Kramer ("Ms. Kramer"), and Nancy Reilly ("Ms. Reilly") (together, the "City Defendants") for "mailing [him] about one [] thousand pages of documents."  (Dkt. No. 90 (the "Motion")).  Without citation to any legal authority, Mr. Taylor states that the City Defendants' mailing of the one thousand pages was a "dirty tactic[]" to "delay justice and due process."  (Dkt. No. 90).  For the reasons set forth below, the Motion is **DENIED**.

On March 17, 2026, the City Defendants filed a motion to dismiss.  (Dkt. Nos. 71–71-4 (the "MTD")).  As required by the Local Civil Rule 7.1 of this District, in cases involving a pro se litigant, "counsel must, when serving a memorandum of law (or other submissions to the court), provide the pro se litigant (but not other counsel or the court) with copies of cases and other authorities cited therein that are unpublished or reported exclusively on computerized databases."  Local Civil Rule 7.1.  In compliance with Local Rule 7.1, the City Defendants mailed copies of the MTD along with the "[s]tatutes and [c]ases cited in the [MTD]" to Mr. Taylor, (Dkt.

No. 71-4.  The Court may not sanction Defendants for their good faith compliance with Local Rule 7.1.  See Chambers v. NASCO, Inc., 501 U.S. 32, 46–47 (1991) (discussing federal courts' inherent authority to impose sanctions for bad faith litigation conduct under 28 U.S.C. § 1927).

Accordingly, the Motion is **DENIED**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Taylor at 81 North Portland Ave, Apt. 12H, Brooklyn, NY 11205.

Dated:      New York, New York          SO ORDERED.
            May 1, 2026

_____
**SARAH L. CAVE**
**United States Magistrate Judge**