UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANLEY TAYLOR,<br><br>                              Plaintiff,<br><br>        -v-<br><br><br>LILIYA PERELMAN KRAMER, et al.,<br><br>                              Defendants. | CIVIL ACTION NO. 24 Civ. 9386 (JHR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Stanley Taylor's ("Mr. Taylor") letter dated May 5, 2026 attaching, again, his proposed amended complaint (Dkt. No. 96 at 5–16 ("Amended Complaint")) that names three additional defendants in this action: (i) Maria Fernanda DeCastro; (ii) Nicholas Philip Pallese Schaefer; and (iii) Rebecca Gibson Quinn (the "New Defendants"), along with summons for the New Defendants.  (Dkt. No. 96 (the "Second Motion to Amend")). The Court respectfully refers Mr. Taylor to its Orders at Dkt. No. 65 and 67, attached hereto, in which the Court already construed his filing of the Amended Complaint as a motion to amend (the "MTA") his original complaint (Dkt. No. 1 (the "Complaint")) and denied the MTA without prejudice pending the anticipated motion to dismiss the Complaint from Defendants Liliya Perelman Kramer, Laura Christine Williams, Nancy Reilly (the "City Defendants"), and Arthur Z. Schwartz (together with the City Defendants, the "Defendants").  (Dkt. No. 65).

The Court clarifies, again, that "the Complaint is the operative pleading in this case, not the Amended Complaint" and "[g]iven that the New Defendants are not named in the Complaint, the New Defendants are not defendants in this action.  **Mr. Taylor is not required to**

**serve any pleadings on the New Defendants, and the New Defendants are <u>not</u> required to respond to any pleadings at this time**." (Dkt. No. 67). Accordingly, the Second Motion to Amend is **DENIED**.

In considering the City Defendants' arguments in their motion to dismiss the Complaint, (Dkt. No. 71), the Court reiterates that it will consider whether Mr. Taylor should be granted leave to amend the Complaint and/or name the New Defendants. (Dkt. No. 67).

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Taylor at 81 North Portland Ave, Apt. 12H, Brooklyn, NY 11205.

Dated:      New York, New York          SO ORDERED.
            May 8, 2026

_____
**SARAH L. CAVE**
**United States Magistrate Judge**