UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY TAYLOR,

                          Plaintiff,

          -v-

LILIYA PERELMAN KRAMER, et al.,

                          Defendants.

CIVIL ACTION NO. 24 Civ. 9386 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Stanley Taylor's ("Mr. Taylor") letter dated May 26, 2026 stating that he "no longer ha[s] interest in this case in [the] Southern District of New York," and wishes to "withdraw[] [his] case without prejudice."  (Dkt. No. 100 (the "Letter")).  A copy of the Letter is annexed hereto.

Given Mr. Taylor's desire to withdraw this action without prejudice, along with his pro se status, by **June 18, 2026**, Defendants Liliya Perelman Kramer, Laura Christine Williams, Nancy Reilly (the "City Defendants")[1] are instructed to prepare a stipulation of dismissal that complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), circulate it to Mr. Taylor for his signature, and file it on behalf of all parties for the attention of the Honorable Jennifer H. Rearden.

The Clerk of Court is respectfully directed to:

1.  Mail a copy of this Order to Mr. Taylor at 81 North Portland Ave, Apt. 12H, Brooklyn, NY 11205.

---

[1] Defendant Arthur Z. Schwartz ("Mr. Schwartz," together with the City Defendants, the "Defendants") has not appeared in the action.

2.  Mail a copy of this Order to Mr. Schwartz at 225 Broadway, Suite 1902, New York, NY

10007.

Dated:       New York, New York
             May 28, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2

RECEIVED
SDNY PRO SE OFFICE
2026 MAY 27 AM II: 18

REC'D SDNY CLERK'S OF
2026 MAY 26 PM8:07

Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street, Room 250
New York, NY 10007

PRO-SE
STANLEY Taylor

(Write the full name of each plaintiff or petitioner)

Case No. 24 cv 09386 (SLC)

-against-

LiLiya PERELMAN KRAMER

MORGAN LEWIS + BOCKIUS ET.AL

(Write the full name of each defendant or respondent)

Letter re: WITHDRAWAL FROM CASE WITHOUT PREJUDICE ORDER #59

I NO LONGER HAVE INTEREST IN THIS CASE IN SOUTHERN DISTRICT OF NEW YORK, DUE TO NO FEDERAL QUESTION OR CITIZENSHIP DIVERSITY. I ORIGINALLY FILED IN NEW YORK STATE Supreme Court. BUT I WAS TOLD SINCE ONE DEFENDANT WAS OUT OF STATE, I NEEDED TO GO TO SDNY. IM WITHDRAWING MY CASE WITHOUT PREJUDICE. SEE ORDER #59

26 MAY 26

Dated

Signature

PRO SE STANLEY Taylor
Name

81 NORTH PORT LAND AVENUE A 12H , Brooklyn, N.Y. 11205
Address                    City          State    Zip Code

Prison Identification # (if available)

___-365-4390
Telephone Number (if available)

E-mail Address (if available)

REC'D SDNY CLERK'S OFF.
2026 MAY 26 PM8:08

Case 1:24-cv-03331-JHR-SLC Document 100 (Court Filing) 05/28/2026 Page 4 of 2
Case 1:24-cv-03331-JHR-SLC Document 100 Filed 05/28/2026 Page 2 of 2

# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL EXPRESS®



RATE ENVELOPE

■ ANY WEIGHT

e free Package Pickup,
n the QR code.



S.COM/PICKUP

US AT USPS.COM®
REE SUPPLIES ONLINE



0001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

**GUARANTEED\* ▪ TRACKED ▪ INSURED**

From: Stanley Taylor
81 North Port Land Ave #12H
Brooklyn N.Y. 11205



RE'CD SDNY CLERK'S OFFICE
2026 MAY 26 PM8:0

RECEIVED
SDNY PRO SE OFFICE
2026 MAY 27 AM11:16

TO: PRO SE OFFICE
500 PEARL STREET
N.Y. N.Y. 10007
10017