UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY TAYLOR,

                              Plaintiff,

          -v-

LILIYA PERELMAN KRAMER, et al.,

                              Defendants.

CIVIL ACTION NO. 24 Civ. 9386 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 101, Defendants Liliya Perelman Kramer, Laura Christine Williams, Nancy Reilly (the "City Defendants")[1] were required to prepare a stipulation of dismissal ("SoD") that complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), circulate it to pro se Plaintiff Stanley Taylor for his signature, and file it on behalf of all parties for the attention of the Honorable Jennifer H. Rearden by June 18, 2026.  (Dkt. No. 101).  To date, City Defendants have not filed the SoD.  As a courtesy, the Court sua sponte **EXTENDS** City Defendants' deadline to file the SoD to **July 7, 2026**.

The Clerk of Court is respectfully directed to:

1.  Mail a copy of this Order to Mr. Taylor at 81 North Portland Ave, Apt. 12H, Brooklyn, NY 11205; and

---

[1] Defendant Arthur Z. Schwartz ("Mr. Schwartz," together with the City Defendants, the "Defendants") has not appeared in the action.

2.  Mail a copy of this Order to Mr. Schwartz at 225 Broadway, Suite 1902, New York, NY

10007.

Dated:      New York, New York
            June 26, 2026

                            SO ORDERED.

                            _____
                            SARAH L. CAVE
                            United States Magistrate Judge

2